**74**

**Hobart GARDNER, Jr.**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Hobart Gardner, Jr., pro se.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Everett Alphonsa FORD, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Everett Alphonsa Ford, pro se.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

**Carolyn DAVIDSON**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Baxter Bledsoe, Jr., Allen & Bledsoe, London, for appellant.

Ed W. Hancock, Atty. Gen., M. Curran Clem, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**La Vera Venoka ROLAND, Appellant,**

v.

**Sammie Lee ROLAND, Appellee.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

John M. Mayer, John M. Mayer, Jr., Louisville, for appellant.

Edwin A. Schroering, Jr., Louisville, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Reversing.*

* Opinion ordered not to be published.